**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In Re:
OLGA M PALMA ARIAS
Debtor.
______________________________/

Case No: 26-12875 PDR
Chapter 13

**MOTION FOR AVOIDANCE OF LIEN ON EXEMPT PROPERTY**

COMES NOW, the Debtor, OLGA PALMA ARIAS, by and through undersigned counsel herein files this their Motion pursuant to 11 U.S.C. Section 522(f) and 4003 for Avoidance of Lien on Exempt property and in support thereof states as follows:

1. On March 9, 2026 Debtor filed a case under Chapter 13 of the Bankruptcy Code.

2. Dove Investment Corp, judgment assignee of original creditor Chase Bank USA, N.A. hereinafter "Creditor", is an unsecured creditor listed in Schedule F of the Petition.

3. The Creditor holds a prepetition judgment Lien against Debtor in the case styled *Chase Bank USA, N.A. v. Olga M. Plama Arias* in Miami Dade County Circuit Court, Florida, case number 2008-11497-SP-23.

4. The Final Judgment was titled and recorded on July 27, 2009, in the Public Records of Miami Dade County, Florida, Official Records Book 26954 on page 4514. *See attached Exhibit "A"*.

5. Debtor claimed the following personal property as exempt property under Fla. Const., Article X Section 4 (a) (2) and Fla. Stat. Ann. § 222.25(4) and is impaired by the Final Judgment:

Household goods: sofa, end table, lamps, dinette table, 4 chairs, microwave, bedroom set, night tables, desk, chest, misc home decorations; 32" TV, phone, computer and monitor

6. The Final Judgment impairs an exemption to which Debtors will otherwise be entitled to under the Bankruptcy Code. See In re Bradlow, 119 Bankr. 330 (Bankr. S.D. Fla. 1990); In re Calandriello, 107 Bankr. 374 (Bankr. M.D. Fla. 1989).

**WHEREFORE**, Debtor respectfully requests that this Court enter an Order Granting the Motion to Avoid Lien declaring the Lien null and void and whatever other relief it deems just and reasonable.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice

in this court set forth in Local Rule 2090-1(A).

Law Offices of Samir Masri
901 Ponce de Leon Blvd., Suite 101
Coral Gables, FL 33134
Tel (305) 445-3422

By: *s/ Samir Masri*
Samir Masri, Esquire
FBN: 145513

EXHIBIT "A"

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS -

**IN THE COUNTY COURT**
**IN AND FOR MIAMI-DADE COUNTY, STATE OF FLORIDA**

**CHASE BANK USA, N.A.,**

**Plaintiff,**

**vs.**

**OLGA M PALMA-ARIAS**
**Defendant(s).**

**Case No. 08-11497 SP23**

## FINAL JUDGMENT

This cause having come before the Court on the Plaintiff's Motion for Entry of Judgment Following Breach of Installment Settlement Agreement, and the court having reviewed the Motion and being otherwise advised in the premises, it is

ORDERED and ADJUDGED that Plaintiff, CHASE BANK USA, N.A., recover from Defendant(s), Olga M Palma-Arias, the sum of $ 2,035.68 on principal, plus prejudgment interest of $ 262.57 and costs of $ 325.00, making a total judgment award of $2,623.25 that shall bear interest at the rate of 8% per year, for all of which let execution issue.

ORDERED and ADJUDGED in Miami-Dade County, Florida, on

July 22, 2009.

SIGNED and DATED
JUL 22 2009
JUDGE ERIC Wm.HENDON

JUDGE

Conformed copies to:
JPMorganChase-Legal Department, 1191 East Newport Center Drive, Suite 101, Deerfield Beach, FL 33442
Olga M Palma-Arias, 10500 N.W. 31st Ave , Miami , FL 33147-1134
Plaintiff's Address: 200 White Clay Center Drive Newark, DE 19711