UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:
OLGA PALMA ARIAS
Debtor.
_______________________________/

Case No: 26-12875 PDR
Chapter 13

**CERTIFICATE OF SERVICE AND COMPLIANCE WITH LOCAL RULE 9073-1(D)**

I HEREBY CERTIFY that on this __19th__ day of August 2026 a true copy of the Notice of Hearing and Motion to Avoid Lien was served via electronic notification to: Nancy Neidich, Chapter 13 Trustee and Dove Investment Corp c/o Hugh B. Shafritz, President, 601 N Congress Ave, Ste 424, Delray Beach, FL 33445 and to the attached list of creditors.

Law Offices of Samir Masri
901 Ponce De Leon Blvd., # 101
Coral Gables, FL 33134
Phone (305) 445-3422

By: ___*s/ Samir Masri*______
Samir Masri, Esquire
FBN: 145513

Label Matrix for local noticing
113C-1
Case 26-12875-LMI
Southern District of Florida
Miami
Mon Apr 20 14:37:39 EDT 2026

Dove Investment Corp.
Hugh B. Shafritz, Esq.
601 N Congress Ave #424
Delray Beach, FL 33445-4641

Affirm Inc
650 California St
San Francisco, CA 94108-2716

Apple Card - GS Bank USA
Lockbox 6112
POB 7247
Philadelphia, PA 19170-0001

(p)ATLAS ACQUISITIONS LCC
492C CEDAR LANE SUITE 442
TEANECK NJ 07666-1713

Bank of America
4060 Ogletown/Stanton Rd
DE5-019-03-07
Newark, DE 19713

CBNA
P.O. BOX 6497
Sioux Falls, SD 57117-6497

Citi CBNA
POB 6497
Sioux Falls, SD 57117-6497

Credit One Bank
POB 98872
Las Vegas, NV 89193-8872

Credit One Bank
POB 98873
Las Vegas, NV 89193-8873

Credit One Bank
POB 98875
Las Vegas, NV 89193-8875

Discover Bank
POB 30939
Salt Lake City, UT 84130-0939

Dove Investment Corporation
601 N. Congress AVe, Ste 424
Delray Beach, FL 33445-4641

Fifth Third Bank
5050 Kingsley Dr
Cincinnati, OH 45227-1115

Independence Capital Recovery LLC
6225 Sheridan Drive Ste 203
Williamsville, NY 14221-4800

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

LVNV Funding
POB 740281
Houston, TX 77274-0281

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)LENDINGPOINT
1201 ROBERTS BLVD
SUITE 200
KENNESAW GA 30144-3612

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Resurgent  Capital Services L.P.
Ste 110 MS576
55 Beattoe Place
Greenville, SC 29601-2165

SYNCB
P.O. Box 965015
Orlando, FL 32896-5015

SYNCB
P.O. Box 965036
Orlando, FL 32896-5036

SYNCB
POB 71737
Philadelphia, PA 19176-1737

SYNCB/HSN
POB 965017
Orlando, FL 32896-5017

Santander Consumer USA
POB 961211
Fort Worth, TX 76161-0211

Special Assistant United States
Assoc Area Counsel (SBSE) Ft.Lauderdale
1000 S. Pine Island Rd, Ste. 300
Fort Lauderdale, FL 33324-3910

Special Assistant United States
Associates Area Counsel (SBSE)-Miami
P.O. Box 9, Stop 8000
51 Southwest 1st Avenue
Miami, FL 33130-1608

Syncrony Bank
PO Box 71740
Philadelphia, PA 19176-1740

(p)U S ATTORNEY'S OFFICE
99 NE 4TH STREET SUITE 300
MIAMI FL 33132-2131

The Honorable Pam Bondi
US Attorney General
Dept of Justice, Room 4400
950 Pennsylvania Ave, NW
Washington, DC 20530-0009

U.S. Small Buisness Administration
14925 Kingsport Road
Fort Worth, TX 76155-2243

U.S. Small Business Administration
POB 979101
Saint Louis, MO 63197-9000

WFBNA Card
POB 393
Minneapolis, MN 55480-0393

Wells Fargo Business Credit Card
PO BOX 29482
Phoenix, AZ 85038-9482

Wells Fargo Credit Card
PO BOX 77053
Minneapolis, MN 55480-7753

World Omni
POB 91614
Mobile, AL 36691-1614

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027-9806

Olga Maria Palma-Arias
6975 W 16th Ave, Apt 414
Hialeah, FL 33014-3862

Samir Masri
901 Ponce de Leon Blvd #101
Coral Gables, FL 33134-3059

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Atlas Acquisitions LLC
on behalf of Independence Capital Recove
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

Internal Revenue Service
Insolvency Support Group Unit I
Stop 5730
7850 SW 6th Court, Room 165
Fort Lauderdale, FL 33318

(d)Internal Revenue Service
POB 21126
Philadelphia, PA 19114

Lending Point LLC
1201 Roberts Blvd, Suite 200
Kennesaw, GA 30144

The Honorable Jason A. Reding Quinones
United States Attorney
Souther District of Florida
99 E 4th St
Miami, FL 33132

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 40 |
| Bypassed recipients | 1 |
| Total | 41 |